JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EMMANUEL OZOMENE JOHNSON,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No. EDCV 26-2160-PVC

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.  Respondents are ordered to:

1) Release Petitioner from immigration custody immediately;

2) Not re-detain Petitioner unless she receives reasonable prior notice and her re-detention is ordered at a custody hearing before a neutral arbiter in which the government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or a danger to the community; and

3)  File a notice of compliance no later than **May 23, 2026.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 21, 2026

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2